# United States Bankruptcy Court
## Eastern District of Virginia

In re   Julie Ann Jacobs                                              Case No.   20-34668-KRH

                      Debtor(s)                                        Chapter   7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) _Julie Ann Jacobs_____ filed
(Name(s) of debtor(s))

reaffirmation documents_____ on _____12/11/20_____
(Date filed)

made between the debtor(s) and the creditor _OneMain Financial Group_____.
(Name of creditor)

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. §524(k)(8) and approves the reaffirmation agreement described above.

☐ The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. §524(m)

☑ The court does not approve the reaffirmation agreement.

☐ Sets the matter for a hearing on _____.

☑ The Court finds that the Debtor has complied with the duties imposed by 11 U.S.C. §§ 521(a)(6) and 362(h) with respect to the creditor's claim, and 11 U.S.C. § 521(d) is thus inapplicable. See In re Husain, 364 B.R. 211 (Bankr. E.D. Va. 2007); In re Isom, Case No. 07-31469, 2007 WL 2110318 (Bankr. E.D. Va. July 27, 2007).

BY THE COURT

Date: Jan 4 2021                    /s/ Kevin R Huennekens
                                    *United States Bankruptcy Judge*

                                    NOTICE OF JUDGMENT OR ORDER
                                    ENTERED ON DOCKET: Jan 5 2021

[2400Cedva ver. 03/20]