# United States Bankruptcy Court
## Eastern District of Virginia

In re   Julie Ann Jacobs                                              Case No.   20-34668-KRH

           Debtor(s)                                                  Chapter    7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s)  Julie Ann Jacobs                                      filed
                      (Name(s) of debtor(s))

reaffirmation documents                                       on         January 22 2021
                                                                         (Date filed)

made between the debtor(s) and the creditor  Quicken Loans, LLC  (FKA) Quicken Loans Inc.  .
                                              (Name of creditor)

COURT ORDER:

- [ ] The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

- [ ] The court grants the debtor's motion under 11 U.S.C. §524(k)(8) and approves the reaffirmation agreement described above.

- [ ] The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

- [ ] The court disapproves the reaffirmation agreement under 11 U.S.C. §524(m)

- [x] The court does not approve the reaffirmation agreement.

- [ ] Sets the matter for a hearing on _____.

- [x] The Court finds that the Debtor has complied with the duties imposed by 11 U.S.C. §§ 521(a)(6) and 362(h) with respect to the creditor's claim, and 11 U.S.C. § 521(d) is thus inapplicable.  See In re Husain, 364 B.R. 211 (Bankr. E.D. Va. 2007); In re Isom, Case No. 07-31469, 2007 WL 2110318 (Bankr. E.D. Va. July 27, 2007).

BY THE COURT

Date:  Feb 18 2021

/s/ Kevin R Huennekens
*United States Bankruptcy Judge*

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  Feb 18 2021

[2400Cedva ver. 03/20]