## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JULIE ANN JACOBS ) | Case No. 20−34668−KRH |
| ) | Chapter 7 |
| Debtor ) | |

### ORDER

THIS MATTER came to be heard on the Motion of the Debtor for Approval of a Reaffirmation Agreement filed herein concerning a debt owing to OneMain Financial Group LLC secured by a lien on the Debtor's 2011 Ford F-250; and it

APPEARING TO THE COURT that it is the Debtor's desire to have the Reaffirmation Agreement approved but, due to an inadvertence or mistake, on January 4, 2021 the Court entered an Order not approving the Reaffirmation Agreement; and it

FURTHER APPEARING that it remains the Debtor's desire to have the Reaffirmation Agreement approved and, pursuant to Rule 60 of the Federal Rules of Civil Procedure, good cause exists to relieve the Debtor from the Order on Reaffirmation Agreement entered herein on January 4, 2021; and it

FURTHER APPEARING that reaffirmation of the aforesaid consumer debt would not impose undue hardship on the Debtor or dependents and is in the best interest of Debtor; it is therefore

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

ORDERED the Order on Reaffirmation Agreement entered herein on January 4, 2021 (Docket No. 16) be, and the same is hereby VACATED; and it is

FURTHER ORDERED that Debtor's Motion for Approval of a Reaffirmation Agreement with OneMain Financial Group LLC be, and the same is hereby GRANTED, and the above-described Reaffirmation Agreement is hereby approved.  This aforesaid debt is not discharged unless the Reaffirmation Agreement is timely rescinded.

**The Debtor may rescind (cancel) the Reaffirmation Agreement at any time before the Court enters a discharge order or within 60 days after the Reaffirmation Agreement was filed with the Court, whichever is later, by notifying the creditor that the Reaffirmation Agreement is rescinded.**

Richmond, Virginia

Date: Mar 5 2021

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Mar 8 2021

PRESENTED BY:

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219
Telephone: (804) 225-9500
Facsimile: (804) 225-9598
Email: jkane@kaneandpapa.com
*Counsel for Debtor*

2

**CERTIFICATION OF COUNSEL**

I hereby certify that this Order has been endorsed by all necessary parties.

/s/ James E. Kane
James E. Kane

**SERVICE LIST**

James E. Kane, Esquire
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, Virginia  23219

Julie Ann Jacobs
17150 Dunns Chapel Road
Montpelier, VA 23192

OneMain Financial Group LLC
Attn: Bankruptcy
P.O. Box 3251
Evansville, IN  47731