| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Julie Ann Jacobs** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4965 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | |
| Case number:   **20–34668–KRH** | | |

# Discharge of Debtor                                                                    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Julie Ann Jacobs

| | | |
|---|---|---|
| March 8, 2021 | **For the court:** | William C. Redden <br> Clerk |

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                   **Discharge of Debtor**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                    **Discharge of Debtor**                    page 2

United States Bankruptcy Court
Eastern District of Virginia

In re: | Case No. 20-34668-KRH
Julie Ann Jacobs | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: admin      Page 1 of 2
Date Rcvd: Mar 09, 2021      Form ID: 318      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julie Ann Jacobs, 17150 Dunns Chapel Road, Montpelier, VA 23192-3022 |
| 15522947 | + | Bon Secours, P.O. Box 11302, Richmond, VA 23230-1302 |
| 15522952 | + | Clearwater Pool Service Inc, 570 E. Hundred Rd., Chester, VA 23836-2617 |
| 15522954 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 15522955 | + | Hoodview Disposal Service, PO Box 1110, Canby, OR 97013-1110 |
| 15522956 | + | LVNV Funding, LLC, P.O. Box 3038, Evansville, IN 47730-3038 |
| 15522958 | + | Northwest Natural Gas, PO Box 6017, Portland, OR 97228-6017 |
| 15522965 | + | Scott & Associates, P.O. Box 62999, Virginia Beach, VA 23466-2999 |
| 15522966 | + | St. Mary's Hospital, 5801 Bremo Road, Richmond, VA 23226-1900 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bruce.robinson@txitrustee.com | Mar 10 2021 02:25:00 | Bruce E. Robinson, 341 Dial 866-769-9218 Code: 7515089, P.O. Box 538, South Hill, VA 23970-0538 |
| cr | + | EDI: AGFINANCE.COM | Mar 10 2021 04:53:00 | OneMain, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15522945 | + | Email/Text: bankruptcy@af247.com | Mar 10 2021 02:27:00 | Advance 24 Financial, 3975 Hixson Pike, Chattanooga, TN 37415-3553 |
| 15522946 | + | EDI: AMEREXPR.COM | Mar 10 2021 04:53:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15522948 | + | Email/Text: banko@bonncoll.com | Mar 10 2021 02:27:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 15522949 | + | EDI: CAPITALONE.COM | Mar 10 2021 04:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15522951 | + | EDI: CITICORP.COM | Mar 10 2021 04:53:00 | Citibank North America, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15522953 | | EDI: ESSL.COM | Mar 10 2021 04:53:00 | Dish Network, P. O. Box 530714, Atlanta, GA 30353-0714 |
| 15522950 | | EDI: JPMORGANCHASE | Mar 10 2021 04:53:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-0000 |
| 15522957 | + | EDI: MID8.COM | Mar 10 2021 04:53:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15522959 | + | EDI: AGFINANCE.COM | Mar 10 2021 04:53:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15522961 | | EDI: PRA.COM | Mar 10 2021 04:53:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-0000 |
| 15522960 | | EDI: PRA.COM | Mar 10 2021 04:53:00 | Portfolio Recovery, Attn: Bankruptcy, 120 |

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 318 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Corporate Blvd, Norfolk, VA 23502-0000 |
| 15522962 | + | Email/PDF: credit.collections@pgn.com | Mar 10 2021 01:50:52 | Portland General Electric, P.O. Box 4438, Portland, OR 97208-4438 |
| 15522963 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 10 2021 02:26:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15522964 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:50:51 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 15522967 | + | EDI: RMSC.COM | Mar 10 2021 04:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC Formerly Known As (FKA) Quicken |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Bruce E. Robinson | bruce.robinsontr@gmail.com  therese.rogerstra@gmail.com;ecf.alert+Robinson@titlexi.com |
| D. Carol Sasser | on behalf of Creditor Quicken Loans  LLC Formerly Known As (FKA) Quicken Loans Inc. dsasser@siwpc.com, ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| James E. Kane | on behalf of Debtor Julie Ann Jacobs jkane@kaneandpapa.com info@kaneandpapa.com,cdiez@kaneandpapa.com,rbrowne@kaneandpapa.com,awilson@kaneandpapa.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 4